UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-21291-CV-UNGARO/TORRES

KENNETH WOOLBRIGHT and
CHELSEA WOOLBRIGHT,

    Plaintiffs,

v.

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF TRIAL CONFLICT

Plaintiffs, Kenneth Woolbright and Chelsea Woolbright, by and through undersigned counsel, hereby file this Notice of Conflict as to the trial in the above-styled action scheduled for the two-week trial period commencing January 28, 2013, and state as follows:

1. Undersigned is the attorney of record in the above-styled action.

2. Undersigned counsel is specially set as the number one case in the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida before the Honorable Judge Levenson (Case No.: 09-19819 (13); Ramsey v. Phoenix Obstetrics/Gynecology, LLC, et al.) beginning January 22, 2013 and will last approximately two weeks and conflicts with the trial in this case.

CASE NO.: 12-21291-CV-UNGARO-TORRES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on 19th day of December, 2012 on all counsel or parties of record on the Service List below.

VER PLOEG & LUMPKIN, P.A.
Stephen A. Marino, Jr., Esquire
Florida Bar No. 0079170
smarino@vpl-law.com
Danya J. Pincavage
Florida Bar No. 0014616
Dpincavage@vpl-law.com
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
(305)577-3996
(305)577-3998 Facsimile

and

FREIDIN & DOBRINSKY, P.A.
2 S. Biscayne Blvd., Suite 3100
Miami, Florida 33131
(305)371-3666
(305)371-6725 Facsimile

/s/ Philip Freidin
Philip Freidin, Esquire
pfreidin@fdlaw.net
Florida Bar No. 118519
Manuel L. Dobrinsky, Esquire
mdobrinsky@fdlaw.net
Florida Bar No. 775525
*Counsel for Plaintiffs*

2

CASE NO.: 12-21291-CV-UNGARO-TORRES

## SERVICE LIST

B. Richard Young, Esquire
Adam A. Duke, Esquire
Young, Bill, Roumbos & Boles, P.A.
P.O. Drawer 1070
Pensacola, Florida 32595-1070
(850)432-2222
(850)432-1444 Facsimile
ryoung@flalawyer.net
aduke@flalawyer.net
*Counsel for Defendant*


Stephen A. Marino, Jr., Esquire
Danya Pincavage, Esquire
VER PLOEG & LUMPKIN, P.A.
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
(305)577-3996
(305)577-3998 Facsimile
smarino@vpl-law.com
dpincavage@vpl-law.com
*Counsel for Plaintiffs*

FREIDIN & DOBRINSKY, P.A., One Biscayne Tower, Suite 3100, 2 South Biscayne Blvd., Miami, FL 33131, Phone: 305.371.3666, Fax: 305.371.6725