UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:12-cv-21291-UU

KENNETH WOOLBRIGHT, *et al.*,

    Plaintiffs,

v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

## ORDER ON PRETRIAL CONFERENCE

THIS CAUSE came before the Court for a Pretrial Conference on January 11, 2013. In accordance with the Court's rulings from the bench, it is

ORDERED AND ADJUDGED that the Pre-trial Stipulation is adopted and shall govern at trial except as modified herein. It is further

ORDERED AND ADJUDGED that the parties SHALL file their Revised Deposition Designations by **Friday, January 18, 2013**. It is further

ORDERED AND ADJUDGED that:

(1) This action is set for the two-week trial period beginning **Monday, February 11, 2013**. The parties shall be present for Calendar Call on **Wednesday, February 6, 2013**.

(2) Counsel for each party will be allowed ten (10) minutes for jury voir dire.

(3) This action will be tried by eight (8) jurors; each party will be allowed to strike four (4) jurors.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of January, 2013.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies to: counsel of record