# United States District Court
SOUTHERN DISTRICT FLORIDA

KENNETH WOOLBRIGHT and
CHELSEA WOOLBRIGHT,

    *Plaintiffs*,

v.

**PLAINTIFFS' AMENDED EXHIBIT AND WITNESS LIST**
**CASE NO. 12-CV-21291-UNGARO**

GEICO GENERAL INSURANCE COMPANY,

    *Defendant*.

_____/

| PRESIDING JUDGE: **URSULA UNGARO** | PLAINTIFFS' ATTORNEYS **PHILIP FREIDIN STEPHEN A. MARINO DANYA J. PINCAVAGE** | DEFENDANT'S ATTORNEYS **B. RICHARD YOUNG ADAM A. DUKE** |
|---|---|---|
| TRIAL DATE(S) **JANUARY 28, 2013** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | OBJECTIONS ^ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1. | | | | 2/11/2013 | | Final Judgment in Martinez v. Woolbright [D.E. 61-2 p. 46] |
| 2. | | | | 2/11/2013 | | GEICO Activity Log for Claim #0350232260101014 (GLC 0001 – 0068) |
| 3. | | | | | | 3/21/09 E-mail chain from R6 C107 Cox Form to Peggy Thagard (GHOC 0211) |
| 4. | | | | 2/11/2013 | | 3/23/09 Letter from GEICO to Woolbrights (GHOC 0198-199) |
| 5. | | | | | | 3/27/09 Policy with Affidavit of Coverage (GLC 0240-272) |
| 6. | | | | 2/11/2013 | | 4/30/09 Control File Alert (GHOC 0191) |
| 7. | | | | | | 4/30/09 Letter from GEICO to Todd Poses with enclosure (GLC 2786-2787) |
| 8. | | | | 2/11/2013 | | 5/01/09 Letter from Todd Poses to GEICO with enclosures (GLC 2769-2783) |
| 9. | | | | 2/11/2013 | | 5/06/09 E-mail from R1 ECFFRED to Peggy Thagard and Greg Santini (GLC 2802) |
| 10. | | | | 2/11/2013 | | 5/06/09 Letter from GEICO to the Woolbrights (GLC 0230-0231) |

^ Objections: A=Authenticity; I=Contains inadmissible matter; R=Relevancy; H=Hearsay; UP=Unduly prejudicial/probative valued outweighed by undue prejudice; P=Privileged

## EXHIBIT AND WITNESS LIST - CONTINUATION

| WOOLBRIGHT v. GEICO GENERAL INS. CO. | | | | | | CASE NO. 12-CV -21291-CIV-UNGARO |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | OBJECTIONS | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 11. | | | | | | 5/11/09 Letter from GEICO to Todd Poses (GLC 2760-2761) |
| 12. | | | | | | 5/12/09 Letter from Todd Poses to GEICO (GLC 2744-2756) |
| 13. | | | | 2/11/2013 | | 5/22/09 Letter from Todd Poses to GEICO and John Kennedy(GLC 0692-0701) |
| 14. | | | | 2/11/2013 | | 5/29/09 Letter from GEICO to Todd Poses (GLC 2673) |
| 15. | | | | | | 5/29/09 E-mail chain from Greg Santini to Peggy Thagard (GLC 2677) |
| 16. | | | | 2/11/2013 | | 5/29/09 E-mail from Tim Holleran to Greg Santini (GLC 2678) |
| 17. | | | | 2/11/2013 | | 6/01/09 Letter from Todd Poses to GEICO and John Kennedy (GLC 0703-0716) |
| 18. | | | | 2/11/2013 | | 6/11/09 Letter from GEICO to Todd Poses (GLC 2637) |
| 19. | | | | | | 6/12/09 Letter from Todd Poses to GEICO and John Kennedy (GLC 0718-0719) |
| 20. | | | | 2/11/2013 | | 6/16/09 Letter from Todd Poses to GEICO and John Kennedy (GLC 0723-0801) |
| 21. | | | | 2/11/2013 | | 6/17/09 Letter from GEICO to Todd Poses (GLC 2607-2612) |
| 22. | | | | 2/11/2013 | | 6/17/09 Letter from Todd Poses to GEICO and John Kennedy (GLC 0721) |
| 23. | | | | 2/11/2013 | R, UP | 6/17/09 E-mail chain from Tim Holleran to Peggy Thagard (GLC 2613) |
| 24. | | | | | | 6/22/09 Letter from GEICO to Todd Poses (GLC 2597) |
| 25. | | | | 2/11/2013 | | 6/25/09 Letter from Todd Poses to GEICO (GLC 0885) |
| 26. | | | | 2/11/2013 | | 7/01/09 Letter from GEICO to Todd Poses (GHOC 0145) |
| 27. | | | | 2/11/2013 | R, UP | 7/02/09 E-mail chain between Tim Holleran and Peggy Thagard (GLC 2592) |
| 28. | | | | 2/11/2013 | | Offer of Judgment from Todd Poses to Chelsea Woolbright (GLC 1183) |

^ Objections: A=Authenticity; I=Contains inadmissible matter; R=Relevancy; H=Hearsay; UP=Unduly prejudicial/probative valued outweighed by undue prejudice; P=Privileged

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| WOOLBRIGHT v. GEICO GENERAL INS. CO. | | | | | | CASE NO. 12-CV -21291-CIV-UNGARO | |
|---|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | OBJECTIONS | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 29. | | | | 2/11/2013 | | 9/25/09 Letter from Todd Poses to John Kennedy (GLC 0887-0888) | |
| 30. | | | | 2/11/2013 | | 10/01/09 Letter from Todd Poses to John Kennedy (GLC 0890-0895) | |
| 31. | | | | 2/11/2013 | | 10/15/09 Letter from Todd Poses to John Kennedy (GHOC 0151-0152) | |
| 32. | | | | 2/11/2013 | R, UP | 2/12/10 E-mail chain from Tim Holleran to Greg Santini and Peggy Thagard (GLC 1833) | |
| 33. | | | | | R, UP | 2/15/11 E-mail from Tim Holleran to Peggy Thagard and Greg Santini (GHOC 0040) | |
| 34. | | | | 2/11/2013 | | 4/26/10 Letter from Mark Poses to John Kennedy with enclosures (GLC 1792-1814) | |
| 35. | | | | 2/11/2013 | | 5/11/10 Letter from GEICO to Mark Poses (GLC 0898) | |
| 36. | | | | | | 1/26/2011 Fax cover sheet and letter from Mark Poses to John Kennedy plus enclosures (GHOC 0037-39) | |
| 37. | | | | | R, UP, I | 2/15/11 E-mail from Greg Santini to J553L (GLC 1740) | |
| 38. | | | | 2/11/2013 | | 2/17/11 Letter from GEICO to the Woolbrights (GLC 0237-0238) with enclosure | |
| 39. | | | | | R, UP, I | 2/17/11 E-mail chain between Greg Santini, Vicky Lazenby and Peggy Thagard (GLC 1735) | |
| 40. | | | | 2/11/2013 | R, UP, I | 3/25/11 E-mail chain from Tim Holleran to Greg Santini and Peggy Thagard (GHOC 0032) | |
| 41. | | | | | R, UP, I | Undated handwritten notes (GLC 1736) | |
| 42. | | | | 2/11/2013 | R, UP, I | 4/07/11 and 4/08/11 E-mail chain between Tim Holleran, Greg Santini, Peggy Thagard, and John Kennedy (GLC 1700-GLC 1701) | |
| 43. | | | | | R, UP | GEICO Outside Counsel Guidelines (GEICO 0001-0021) *May amend based on additional production of missing pages by GEICO | |
| 44. | | | | | R, UP | GEICO Technical Claims Memorandum – Mandatory Control Files on All Florida Cases (GEICO 0022-23) | |

^ Objections: A=Authenticity; I=Contains inadmissible matter; R=Relevancy; H=Hearsay; UP=Unduly prejudicial/probative valued outweighed by undue prejudice; P=Privileged

## EXHIBIT AND WITNESS LIST - CONTINUATION

| WOOLBRIGHT v. GEICO GENERAL INS. CO. | | | | | | CASE NO. 12-CV-21291-CIV-UNGARO | |
|---|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | OBJECTIONS | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 45. | | | | | R, UP | GEICO Control File Handling and Procedures (GEICO 0024-46) | |
| 46. | | | | 2/11/2013 | R, UP | GEICO Lesson Four: Control File Handling – Continuing Unit Manual (GEICO 0047-86) *And possibly two additional pages that are missing. | |
| 47. | | | | | R, UP | Portions of Personnel File of Greg Santini (Performance Reviews): G-HR 1773-1777; G-HR 1778-1782; G-HR 1784-1787; G-HR 1840-1844; G-HR 1851-1855; G-HR 1856-1858; G-HR 1995-1999; and G-HR 2011-2017. | |
| 48. | | | | | R, UP | GEICO Claims Manual (GCM 1-307) | |
| 49A. | | | | 2/11/13 | | 5/7/09 Email from Peggy Thaggard to Tim Holleran (GHOC 0187) | |
| 49B. | | | | 2/11/13 | | 5/7/09 Letter from Peggy Thaggard to Kenneth and Angela Woolbright (GL 2821) | |
| 49C. | | | | 2/11/13 | | 5/11/09 Letter from Peggy Thaggard to Todd Poses (GLC 2737-2738) | |
| 49D. | | | | 2/11/13 | | 5/29/09 Email from Greg Santini to Peggy Thaggard (GLC 2677) | |
| 49E. | | | | 2/11/13 | | 10/8/09 Letter from Peggy Thaggard to Chelsea Woolbright (GLC 0316-0317) | |
| 49F. | | | | 2/11/13 | | 5/5/10 Email from John F. Kennedy to Peggy Thaggard (GLC 1818-1819) | |
| 49G. | | | | 2/11/13 | | 5/11/10 Email from Greg Santini to Peggy Thaggard (GLC 1789-1790) | |
| 49H. | | | | 2/11/13 | | 5/11/10 Email from Greg Santini (GLC 1791) | |
| 49I. | | | | 2/11/13 | | 7/14/10 Letter from Mark Poses to John Kennedy (GLC 1250-1252) | |
| 49J. | | | | 2/11/13 | | 12/15/10 Email from Deanna Threlkeld to Peggy Thaggard (GLC 1768) | |
| 49K. | | | | 2/11/13 | | 12/16/10 Email from Tim Holleran (GLC 1767) | |
| 49L. | | | | 2/11/13 | | Authorization Form (GHOC 0004-0005) | |
| 49M. | | | | 2/11/13 | | 1/27/11 Email from Peggy Thaggard to Tim Holleran (GHOC 0053) | |
| 49N. | | | | 2/11/13 | | 4/15/11 Letter from Peggy Thaggard to Kenneth and Angela Woolbright (GLC 1694-1695) | |
| 50. | | | | 2/11/13 | | GEICO Insurance Policy # 4133-97-85-61 (GLC 0240-0272) | |
| | | | | | R, UP, I | All documents produced in response to discovery requests | |
| | | | | | | All demonstrative exhibits produced by any party | |
| | | | | | | Any and all impeachment or rebuttal documents | |

^ Objections: A=Authenticity; I=Contains inadmissible matter; R=Relevancy; H=Hearsay; UP=Unduly prejudicial/probative valued outweighed by undue prejudice; P=Privileged

Page 4 of 7 Pages

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| WOOLBRIGHT v. GEICO GENERAL INS. CO. | | | | | | CASE NO. 12-CV -21291-CIV-UNGARO |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | OBJECTIONS | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  |  |  |  |  |  | Any and all exhibits on Defendant's Exhibit List |

**\*Documents are subject to the Court's ruling on Plaintiff's objections and Motions in Limine.**

<u>**WITNESSES WHO WILL BE CALLED AT TRIAL**</u>

1. Kenneth Woolbright
   c/o Stephen A. Marino, Jr.
   Ver Ploeg & Lumpkin, P.A.
   100 SE Second Street, 30th Floor
   Miami, Florida 33131

2. Corporate Representative of GEICO General Insurance Company
   c/o B. Richard Young, Esq.
   Adam A. Duke, Esq.
   Young, Bill, Roumbos & Boles, P.A.
   226 South Palafox Place
   Seville Tower, Seventh Floor
   Pensacola, Florida 32501

3. Peter Knowe (Plaintiff's Expert Witness)
   Knowe Consulting, LLC
   645 Trace Crossings Trail
   Hoover, Alabama 35244

4. John F. Kennedy, Esq.
   Golden & Grimes, LLP
   9350 South Dixie Hwy, Penthouse II
   Miami, Florida 33156

5. Mark Poses, Esq.
   Poses & Poses
   One Biscayne Tower, Suite 2350
   2 South Biscayne Boulevard
   Miami, Florida 33131

6. Todd Poses, Esq.
   Poses & Poses
   One Biscayne Tower, Suite 2350
   2 South Biscayne Boulevard
   Miami, Florida 33131

^ Objections: A=Authenticity; I=Contains inadmissible matter; R=Relevancy; H=Hearsay; UP=Unduly prejudicial/probative valued outweighed by undue prejudice; P=Privileged

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| WOOLBRIGHT v. GEICO GENERAL INS. CO. | | | | | | CASE NO. 12-CV -21291-CIV-UNGARO | |
|---|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | OBJECTIONS | DESCRIPTION OF EXHIBITS* AND WITNESSES | |

    7.    Dayami Martinez
          c/o Poses & Poses
          One Biscayne Tower, Suite 2350
          2 South Biscayne Boulevard
          Miami, Florida 33131

    8.    Plaintiff reserves the right to call any expert or non-expert witnesses listed by Defendant in its Witness List and any amendments thereto.

    9.    Plaintiff reserves the right to call any impeachment or rebuttal witnesses that may be developed or may be necessary.

### WITNESSES WHO MAY BE CALLED AT TRIAL

    1.    Chelsea Woolbright
          c/o Ver Ploeg & Lumpkin, P.A.
          100 SE Second Street, 30th Floor
          Miami, Florida 33131

    2.    Yasir Billoo, Esq.
          Golden & Grimes, LLP
          9350 South Dixie Hwy, Penthouse II
          Miami, Florida 33156

    3.    Javier Martinez
          c/o Poses & Poses
          2 South Biscayne Boulevard, Suite 2350
          Miami, Florida 33131

    4.    Gary Goykman, D.P.M.
          Miami Institute for Joint Reconstruction
          Kendall Medical Pavilion
          11801 S.W. 90th Street, Suite 201
          Miami, Florida 33156

    5.    Stephen S. Wender, M.D., FACS
          21000 N.E. 28th Avenue, Suite 104
          Aventura, Florida 33180

## EXHIBIT AND WITNESS LIST - CONTINUATION

| WOOLBRIGHT v. GEICO GENERAL INS. CO. | | | | | | CASE NO. 12-CV-21291-CIV-UNGARO |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | OBJECTIONS | DESCRIPTION OF EXHIBITS* AND WITNESSES |

### WITNESSES BY DEPOSITION

The following witnesses will be presented *via* deposition unless GEICO brings them to testify live at trial:

1. Tim Holleran
2. Peggy Thagard

Any witnesses listed by Defendant in its witness list.

Any individual or corporate representative identified in responses to discovery, identified in depositions or disclosed in records.

Any individual or corporate representative whose deposition was taken in this action.

Any impeachment or rebuttal witnesses that may be developed or may be necessary.

^ Objections: A=Authenticity; I=Contains inadmissible matter; R=Relevancy; H=Hearsay; UP=Unduly prejudicial/probative valued outweighed by undue prejudice; P=Privileged